UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS-ALEXANDRE NOEL ALBERT DALBIS,<br><br>              Plaintiff,<br><br>      v.<br><br>FRANCE,<br><br>              Defendant. | Case No. 24-cv-2065 (JMC) |

## MEMORANDUM OPINION

Pro se Plaintiff Louis-Alexandre Noel Albert Dalbis brings this suit against the nation of France. ECF 1. This is not Dalbis's first lawsuit before this Court. *See Dalbis v. Pub. Emps. of Sec. & Intel. Servs. of Fr. & Eur.* (*Dalbis I*), No. 24-cv-1434 (JMC). In his prior action, Dalbis invoked the Torture Victim Protection Act of 1991, alleging that various unnamed French officials had committed a "crime against humanity" against him "from approximately 1996 to 2024." *Dalbis I*, ECF 1 at 4. On July 15, 2024, this Court dismissed that case with prejudice in light of Dalbis's repeated failures to comply with Federal Rule of Civil Procedure 8(a)(2). *Dalbis I*, ECF 24. One day later, Dalbis filed the current lawsuit, which is virtually identical to his last one. ECF 1. In fact, aside from (technically) naming a different Defendant, Dalbis appears to have copied and pasted the entirety of his current complaint from filings in his prior suit. *Compare, e.g.*, ECF 1 at 6–7, *and* ECF 1 at 9–16, *with Dalbis I*, ECF 12 at 133–34, *and Dalbis I*, ECF 12 at 8–16.

Because Dalbis's complaint recycles the same confusing and legally inadequate allegations from his prior lawsuit, the Court **DISMISSES** his complaint in this case for largely the same reasons as stated in *Dalbis I*. That is, "even construing the . . . complaint and accompanying documents liberally, the Court is unable to identify what cognizable harm Dalbis has suffered, who

1

caused him that harm, and how the law entitles him to any relief." *Dalbis I*, ECF 24 at 2. And while "[o]rdinarily, the remedy for noncompliance with Rule 8(a) is dismissal with leave to amend," *Brown v. Califano*, 75 F.R.D. 497, 499 (D.D.C. 1977), the Court concludes that dismissal **WITH PREJUDICE** is warranted due to Dalbis's repeat filing of his prior lawsuit that itself was dismissed with prejudice.

A separate order accompanies this memorandum opinion.

**SO ORDERED.**

                                                                                                                  _____
                                                                                                                  JIA M. COBB
                                                                                                                  United States District Judge

Date: July 23, 2024